700

30 So.2d 43

**William YOUNGBLOOD v. STATE.**

**8 Div. 537.**

Court of Appeals of Alabama.

Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

33 So.2d 284

**William YOUNGBLOOD v. STATE.**

**8 Div. 584.**

Court of Appeals of Alabama.

Nov. 4, 1947.

Resisting lawful arrest.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

32 So.2d 188

**William YOUNGBLOOD v. STATE.**

**8 Div. 586.**

Court of Appeals of Alabama.

June 30, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.